In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-02-501 CV


____________________



DANNY J. HILL AND RHONDA HILL, Appellants



V.



VANDERBUILT MORTGAGE & FINANCE, INC., Appellee






On Appeal from the 75th District Court


Liberty County, Texas


Trial Cause No. 63310






MEMORANDUM OPINION (1)


 We have before the Court a "Joint Motion to Vacate Trial Court's Judgment and
Remand for New Trial." The appellants, Danny J. Hill and Rhonda Hill, and the appellee,
Vanderbuilt Mortgage & Finance, Inc., ask this Court to vacate the judgment of the trial
court and remand the cause for new trial. The Court finds the motion complies with Tex.
R. App. P. 42.1(a)(2).

 It is, therefore, ORDERED that the judgment of the trial court is VACATED and
the cause is REMANDED to the 75th District Court of Liberty County, Texas, for further
proceedings on the merits of the case. Costs shall be assessed against the party incurring
such costs.

 VACATED AND REMANDED. 

 PER CURIAM


Opinion Delivered March 20, 2003 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.